SEYFARTH SHAW LLP
Kristina M. Launey (SBN: 221335)
klauney@seyfarth.com
Jasmine L. Anderson (SBN: 252973)
jlanderson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
STAPLES, INC. erroneously sued and served as
STAPLES THE OFFICE SUPERSTORE, LLC

DISABLED ADVOCACY GROUP, APLC
Lynn Hubbard, III (SBN: 69773)
Scottlynn Hubbard, IV (SBN: 212970)
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
TONY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>TOYS 'R' US - DELAWARE, INC., dba TOYS 'R' US #5842; TRU 2005 RE 1, INC.; STAPLES THE OFFICE SUPERSTORE, LLC dba STAPLES #0801; PL ROSEVILLE, LP,<br><br>Defendants. | Case No. 2:10-CV-01036-JAM-KJN<br><br>**STIPULATED DISMISSAL OF DEFENDANT STAPLES, INC. AND ORDER**<br><br>**Complaint Filed: April 28, 2010** |

IT IS HEREBY STIPULATED by Plaintiff, Tony Martinez, and Defendant Staples, Inc., by and through their designated counsel of record that Defendant Staples, Inc. be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). Plaintiff and this Defendant have settled their dispute.

///

PDF created with pdfFactory trial version www.pdffactory.com

DATED: August 23, 2010

SEYFARTH SHAW LLP

/s/ Jasmine L. Anderson
By________________________________
Kristina M. Launey
Jasmine L. Anderson
Attorneys for Defendant
STAPLES, INC. erroneously sued and served as STAPLES THE OFFICE SUPERSTORE, LLC

DATED: August 23, 2010

DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
BY________________________________
Lynn Hubbard, III
Scottlynn Hubbard, IV
Attorneys for Plaintiff
TONY MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated: August 24, 2010

/s/ John A. Mendez
U.S. District Court Judge

2

STIPULATED DISMISSAL OF DEFENDANT STAPLES, INC. AND [PROPOSED] ORDER

12641914v.1 Case No. 2:10-CV-01036-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com