1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  ALAN J. GORDEE, SBN 131907
   GORDEE, NOWICKI & AUGUSTINI LLP
7  8105 Irvine Center Drive, Suite 550
   Irvine, CA 92618
8  Telephone: (949) 567-9923
   Facsimile: (949) 567-9928
9
   Attorneys for Defendant
10 PL Roseville, LP

11

12
                       UNITED STATES DISTRICT COURT
13
                       EASTERN DISTRICT OF CALIFORNIA
14

15

16 TONY MARTINEZ,                          Case No. 2:10-CV-01036-JAM-KJN

17      Plaintiff,
                                           STIPULATION FOR DISMISSAL and
18 v.                                      ORDER THEREON

19 TOYS 'R' US - DELAWARE, INC., et al.,

20      Defendants.
                                        /
21

TO THE COURT AND TO ALL PARTIES:

Plaintiff, TONY MARTINEZ, and defendant, PL ROSEVILLE, LP, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 26, 2011        DISABLED ADVOCACY GROUP, APLC


*/s/   Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff TONY MARTINEZ

Dated: January 25, 2011        GORDEE, NOWICKI & AUGUSTINI LLP


*/s/   Alan J. Gordee*
ALAN J. GORDEE
Attorney for Defendant PL ROSEVILLE, LP


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-01036-JAM-KJN, is hereby dismissed with prejudice.

Dated: 1/27/2011        /s/ John A. Mendez
United States District Court Judge